# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| AZAEL PERALES, | ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | 3:12-cv-00134-RCJ |
| UNITED STATES OF AMERICA et al., | ) ) | **ORDER** |
| Defendants. | ) ) ) | |

Plaintiff has sued upwards of 100 state and federal officials and employees, including every judge in this District except me. The Court will now screen the Complaint. A district court may dismiss a complaint filed in forma pauperis if it is frivolous. *See* 28 U.S.C. § 1915(e)(2)(B). A complaint is frivolous if "it lacks any arguable basis either in law or in fact." *Neitzke v. Williams*, 490 U.S. 319, 325 (1989). Also, a complaint that is clearly based on "fantastic or delusional scenarios" may be dismissed as frivolous under § 1915. *Denton v. Hernandez*, 504 U.S. 25, 32 (1992).

Apart from indiscriminately listing public officials as Defendants and identifying scores of federal and California criminal and civil statutes, Plaintiff has not alleged any wrongful conduct by any Defendant. In summary, the Complaint is frivolous because not only does it have no basis in fact, it makes no claims of fact at all. Plaintiff must amend the Complaint to clearly identify the facts and law entitling Plaintiff to relief. Plaintiff may not simply present the

1  Court with a pile of defendants next to a pile of statutes.  The Court will not attempt to infer an

2  intelligible Complaint out of such a pleading.  Plaintiff must identify which specific Defendant

3  has done her a specific legal harm.

## CONCLUSION

5   IT IS HEREBY ORDERED that the Motion to Proceed In Forma Pauperis (ECF No. 1) is

6  GRANTED.  The Clerk shall file the Complaint.

7   IT IS FURTHER ORDERED that the Complaint is DISMISSED with leave to amend.

8  Plaintiff may file an amended complaint within twenty-one (21) days.

9   IT IS SO ORDERED.

10  Dated this 9th day of July, 2012.

_____
ROBERT C. JONES
United States District Judge